```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: | : : | |
| MARITA DECARLO, et al. v. MERCK & CO., INC., et al. | : : : : : | CIVIL ACTION NO. 19-05633 |

PRETRIAL ORDER NO. 332

AND NOW, this 19th day of November, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion to substitute party plaintiff(s) and to amend the complaint is DENIED; and

(2) the complaint is DISMISSED.

BY THE COURT:

/s/ Harvey Bartle III

_____  J.